**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

————————

**No. 96-1420**

————————

LOYLESS B. TUCKER; DELMONT L. THOMPSON, SR.;
JOHN E. SMITH; FRANK SIMMONS, JR.,

Plaintiffs - Appellants,

and

ORRIS CALDWELL,

Plaintiff,

versus

DEPARTMENT OF THE NAVY, Charleston Naval
Shipyard/Agency,

Defendant - Appellee.

————————

Appeal from the United States District Court for the District of
South Carolina, at Charleston.  David C. Norton, District Judge.
(CA-95-2234-18AJ)

————————

Submitted:  October 3, 1996      Decided:  October 9, 1996

————————

Before ERVIN, LUTTIG, and MICHAEL, Circuit Judges.

————————

Affirmed by unpublished per curiam opinion.

————————

Loyless B. Tucker, Delmont L. Thompson, Sr., John E. Smith, Frank Simmons, Jr., Appellants Pro Se.  OFFICE OF THE UNITED STATES ATTORNEY, Columbia, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellants appeal from the district court's order dismissing their civil action as barred. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Tucker v. Department of the Navy</u>, No. CA-95-2234-18AJ (D.S.C. Mar. 6, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>